UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EDWARD NEWMAN,**  Plaintiff,  vs.  **GREGG HISSONG and MICHIGAN DEPARTMENT OF CORRECTIONS,**  Defendants. | **2:19-CV-11751-TGB-PTM** |

# JUDGMENT

In accordance with the Order entered on this date, adopting Magistrate Judge Patricia T. Morris's February 17, 2023 Report and Recommendation (ECF No. 56), it is **ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 46) is **GRANTED**. It is further **ORDERED** that judgment is entered in favor of Gregg Hissong and the Michigan Department of Corrections, and Plaintiffs' case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  March 31, 2023.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE